No. 86-5400.  ZWICK *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86-5402.  BENSON *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 1st Cir.  Certiorari denied.

No. 86-5406.  WEBER *v.* HOAGUE ET AL.  C. A. 11th Cir. Certiorari denied.

No. 86-5416.  TORRES *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 86-5417.  JENKINS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86-5423.  WHITE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86-5427.  MAK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86-5429.  KELLY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86-5441.  COOK *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 86-5461.  FESSLER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86-5462.  BOSCHETTI *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86-5506.  WILLIAMS *v.* LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85-1731.  AUTOMOBILE CLUB OF MICHIGAN ET AL. *v.* ROBERTS ET AL.  Ct. App. Mich.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 85-7230.  FERRER-MAZORRA ET AL. *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.